IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTHONY T. WILLIAMS**  **PLAINTIFF**
**ADC #101234**

v.  Case No. 2:20-cv-00183 KGB/JTR

**JEFFERY DEEN,**
**Major, EARU,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are a Partial Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray and a filing styled as a response to the proposed recommendation and motion to withdraw without prejudice filed by plaintiff Anthony T. Williams (Dkt. Nos. 7, 10). Mr. Williams represents that he seeks to withdraw his complaint without prejudice so that he can properly exhaust his administrative remedies (Dkt. No. 10, at 2). The Court interprets Mr. Williams' filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). The filing accords with Rule 41(a)(1)(A)(i). Accordingly, the Court grants Mr. Williams' motion (Dkt. No. 10). The Court dismisses without prejudice Mr. Williams' complaint (Dkt. No. 1). Because the Court dismisses without prejudice Mr. Williams' complaint, the Court declines to adopt as moot the Partial Recommended Disposition filed by Judge Ray (Dkt. No. 7).

It is so ordered this 5th day of August, 2021.

Kristine G. Baker
United States District Judge